IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>JUAN PABLO SANCHEZ DELGADO, ANTONIO DE JESUS CASTRO, MAGDALENA CASTRO BENITEZ, ALMA HERNANDEZ MORENO, ANAYANCY CASTRO HERNANDEZ, FABIAN CASTRO, SUNI SARAHI SANCHEZ DELGADO, OSVALDO SANCHEZ DELGADO, JOHN CHRISTOPHER GOOD, ARACELY HEREDIA MARTINEZ, ERIC BERINGER, CHRISTOPHER THURLOW, MAYRA P. JIMENEZ, ASIYADETH JIMENEZ CASTELLON, JOHN GLIDDEN, JAIME GARCIA COTA, LILLIAN AJIN,  JP AND SONS, LLC,  J GREEN VALLEY, LLC, and CASTRO PROPERTIES, LLC,<br><br>　　　　　Defendants. | 4:18CR3088<br><br>ORDER |

　　　　After conferring with counsel, (Filing No. 263, audio file), and over the objection of Defendant Glidden,

　　　　IT IS ORDERED:

　　　　1)　　The deadline for filing pretrial motions is November 26, 2018.

　　　　2)　　Trial will be set following the pretrial motion deadline, or upon resolution of any pretrial motions filed, whichever is later.

October 10, 2018.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge