IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3088 |
| vs. | ORDER |
| JUAN PABLO SANCHEZ DELGADO, | |
| Defendant. | |

IT IS ORDERED that:

1. The Joint Motion to Continue Sentencings (filing 480) is granted.

2. Defendant Juan Pablo Sanchez Delgado's sentencing is continued to July 10, 2019, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 18th day of March, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge