IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUAN PABLO SANCHEZ DELGADO a/k/a "Pablo", ANTONIO DE JESUS CASTRO a/k/a "Tony", and MAGDALENA CASTRO BENITEZ a/k/a "Nena", <br><br> Defendants. | 4:18-CR-3088 <br><br><br> ORDER |

Third-party petitioners "SZNY LLC" and "CHLY LLC Solo 401K Trust" have presented a claim (filing 789) to the real property located at 4797 Judson Avenue, Las Vegas, Nevada, 89115, subject to the Court's Preliminary Order of Forfeiture (filing 756). But neither a limited liability company nor a trust can litigate in this forum without representation by licensed counsel. *See Jones ex rel. Jones v. Corr. Med. Servs., Inc.*, 401 F.3d 950, 952 (8th Cir. 2005); *Steele v. City of Bemidji*, 257 F.3d 902, 905 (8th Cir. 2001); *United States v. Lylalele, Inc.*, 221 F.3d 1345 (8th Cir. 2000); *Knoefler v. United Bank of Bismarck*, 20 F.3d 347, 347-48 (8th Cir. 1994). Accordingly,

IT IS ORDERED:

1. On or before December 30, 2019, the third-party petitioners shall obtain the services of counsel and have that attorney file an appearance in this case.

2. Failure to comply with this order may result in the petition being dismissed.

3. The Clerk of the Court shall set a case management deadline for December 30, 2019, with the following docket text: Check for appearance of counsel for third-party petitioners.

Dated this 6th day of December, 2019.

                BY THE COURT:

                John M. Gerrard
                Chief United States District Judge