IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18-CR-3088 |
| vs. | |
| JUAN PABLO SANCHEZ DELGADO a/k/a "Pablo", ANTONIO DE JESUS CASTRO a/k/a "Tony", and MAGDALENA CASTRO BENITEZ a/k/a "Nena", | FINAL ORDER OF FORFEITURE |
| Defendants. | |

This matter is before the Court on the plaintiff's Motion for Final Forfeiture (filing 973) with respect to the above-captioned defendants. For the reasons set forth below, the government's motion will be granted.

On August 18, 2020, the Court entered an Amended Preliminary Order of Forfeiture (filing 970), forfeiting defendants' interest in the subject property pursuant to 8 U.S.C. § 1324, 18 U.S.C. § 982(a)(6) and (b)(1) and 21 U.S.C. § 853. Each of the above-captioned defendants has pled guilty to conspiring to harbor aliens in the superseding indictment, and admitted the forfeiture allegation. Filing 453 at 1; filing 317 at 1; filing 436 at 1; *see* filing 475 at 26; filing 343 at 13-15; filing 499 at 22. On September 28, 2020, the Court entered a Second Amended Preliminary Order or Forfeiture (filing 972) modifying the subject property, but renewing its order regarding Real Property located at 2139 Bledsoe Lane, Las Vegas, Nevada, 89156.

On February 4, 2020, the United States filed a Declaration of Publication (filing 861) regarding the posting of a Notice of Criminal Forfeiture on an official internet government forfeiture site—www.forfeiture.gov—for at least

thirty consecutive days, beginning on December 2, 2019, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iv)(C). The Court has been advised by the plaintiff that no petitions have been filed with respect to this property, and from a review of the Court file, the Court finds no petitions have been filed. Filing 973.

So, the plaintiff's motion for final order of forfeiture should be granted.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 973) is granted.

2. All right, title and interest is hereby forever barred and foreclosed in real property located at: 2139 Bledsoe Lane, Las Vegas, Nevada, 89156, and more particularly described as:

> All that real property situated in the County of Clark, State of Nevada, bounded and described as follows:
>
> Parcel One (1): That portion of the Northwest Quarter (NW 1/4) of Section 21, Township 20 South, Range 62 East, M.D.B. & M., described as:
>
> Commencing at the Southwest corner of the Northwest Quarter (NW 1/4) of said Section 21; Thence North 89 degrees 45' 48" East, along the South line thereof, a distance of 1675.04 feet to a point;

Thence North 02 degrees 28' 40" West, and parallel to the West line of the Northwest Quarter (NW 1/4) of said Section 21, a distance of 914.00 feet, the True Point of Beginning; Thence North 0 degree 28' 40" West, a distance of 79 feet to a point;

Thence North 89 degrees 45' 48" East, a distance of 325 feet to a point;

Thence South 0 degree 28' 40" East, a distance of 79 feet to a point;

Thence South 89 degrees 45' 48" West, a distance of 325 feet to the True Point of Beginning.

Parcel Two (2): That portion of the Northwest Quarter (NW 1/4) of Section 21, Township 20 South, Range 62 East, M.D.B. & M., described as:

Commencing at the Southwest corner of the Northwest Quarter (NW 1/4) of said section 21;

Thence North 89 degrees 45' 48" East, along the South line thereof, a distance of 1675.04 feet to a point;

Thence North 0 degree 28' 40" West, and parallel to the West line of the Northwest Quarter (NW 1/4) of said Section 21, a distance of 993 feet, the True Point of Beginning; Thence North 0 degree 28' 40" West, a distance of 79 feet to a point;

Thence North 89 degrees 45' 48" East, a distance of 325 feet to a point;

       Thence South 0 degree 28' 40" East, a distance of 79 feet to a point;

       Thence South 89 degrees 45' 48" West, a distance of 325 feet to the True Point of Beginning.

3. The real property located at 2139 Bledsoe Lane, Las Vegas, Nevada, 89156 is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853(n).

4. The United States is directed to dispose of the real property located at 2139 Bledsoe Lane, Las Vegas, Nevada, 89156 in accordance with law.

Dated this 6th day of October, 2020.

                                  BY THE COURT:

                                  *John M. Gerrard*
                                  John M. Gerrard
                                  Chief United States District Judge