IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JUAN-PABLO SANCHEZ DELGADO,<br><br>        Defendant. | 4:18-CR-3088<br><br>ORDER ON RESTITUTION |

IT IS ORDERED:

1. Pursuant to the parties' stipulation (filing 966), Juan-Pablo Sanchez Delgado shall pay restitution in the total amount of $610,474.

2. Sanchez Delgado shall make monthly payments of no less than 10 percent of his gross income until restitution is paid in full.

3. All criminal monetary penalty payments, except payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, shall be made to the Clerk of the Court.

4. Payments shall be applied by the Clerk of the Court in the following order of priority: (1) special assessment, (2) restitution, (3) fine, and (4) other penalties.

5.  The Clerk of the Court shall distribute restitution to the identified victims *pro rata*, based on the amounts set forth in the appended Table 1.

6.  The United States Attorney is directed to provide the Clerk of the Court with the necessary contact information for the identified victims listed in Table 1, and for their counsel, so that the Clerk can distribute restitution funds.

Dated this 13th day of October, 2020.

> BY THE COURT:
>
> *John M. Gerrard*
> John M. Gerrard
> Chief United States District Judge

- 3 -

## TABLE 1

| Name | Amount |
|---|---:|
| Miguel Angel Roman Alonso | $16,023.00 |
| Claudia Hermoso Ramirez | $17,038.20 |
| Gabriela Gueta- Lopez | $16,549.00 |
| Daniel Alberto Reyes Lopez | $1,465.00 |
| Leily Damas Hernandez | $12,899.00 |
| Jose Luis Chicuato Ayoqui | $1,465.00 |
| Noris Yadira Serrano Rosales | $11,684.00 |
| Ramona Martinez | $31,684.00 |
| Maria Del Rosario Rivera González | $2,281.53 |
| Honorio Santos | $8,188.00 |
| Eluteria Garcia Marcos | $3,481.31 |
| Maria Guadalupe Meza Serrano | $22,205.65 |
| Marcos Meza | $30,523.00 |
| Mauricio Quintero | $7,939.50 |
| Guadalupe Salvador Gante | $6,980.00 |
| Gerardo Noriega | $85,246.98 |
| Carlos Alvaro Esparza | $53,325.00 |
| Marco Antonio Arellano | $70,328.33 |
| Jose Alberto Cano Gomez | $80,536.25 |
| Juan Ramiro Tzoy | $69,686.25 |
| Elias Pablo Jimon | $58,795.00 |
| Leonardo Garcia Perez | $410.00 |
| Samuel Leonardo Felix | $1,180.00 |
| Angelica Riz Garcia | $560.00 |
| Total | $610,474.00 |